# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144771
144792

MICHIGAN INSURANCE COMPANY,
      Plaintiff-Appellant,

v

                                      SC: 144771
                                      COA: 301980
                                      Oakland CC: 09-104725-NF

NATIONAL LIABILITY & FIRE
INSURANCE COMPANY,
      Defendant-Appellee.

_____/

MICHIGAN INSURANCE COMPANY,
      Plaintiff-Appellee,

v

                                        SC: 144792
                                        COA: 301980
                                      Oakland CC: 09-104725-NF

NATIONAL LIABILITY & FIRE
INSURANCE COMPANY,
      Defendant-Appellant.

_____/

On order of the Court, the applications for leave to appeal the February 14, 2012 judgment of the Court of Appeals are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address: (1) whether the resident of the foster care facility injured as a pedestrian in this case can be deemed a "family member" under the definition provided in the policy issued to the facility in this case; (2) if the resident was such a "family member," whether the policy coverage extended thereby established a priority for the payment of PIP benefits higher than the priority established by MCL 500.3115(1); and (3) whether the decision in *United States Fidelity & Guaranty Co v Citizens Ins Co*, 241 Mich App 83 (2000), was correctly decided. The parties may file supplemental briefs within 35 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012                  _____
                                               Clerk

t0918